**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

**XIONG ZENG**                                    **CIVIL ACTION NO. 26-142-P**

**VERSUS**                                        **JUDGE JAMES D. CAIN, JR.**

**DHS/ICE**                                       **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to submit documents on approved forms and submit the filing fee. Additionally, the Petition is dismissed because as noted on the Ice Locator Link[1] Petitioner's name does not match his A#.

**THUS DONE AND SIGNED** in chambers on this 23rd day of March, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] https://locator.ice.gov/odls/#/search